**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**SEATTLE DIVISION**

KEVIN TURNER,

        Plaintiff,

  vs.

THE LINCOLN NATIONAL LIFE
INSURANCE COMPANY,

        Defendant.

Case No. 2:23-cv-01973-KKE

**ORDER GRANTING STIPULATED**
**MOTION FOR EXTENSION OF TIME**

Plaintiff Kevin Turner ("Plaintiff") and Defendant The Lincoln National Life Insurance Company ("Lincoln") have filed their Stipulated Motion for Extension of Time, up through and including February 6, 2024, for Lincoln to answer, present defenses, or otherwise respond to Plaintiff's Complaint for Long Term Disability Benefits, Equitable Relief, and Declaratory Judgment ("Complaint").

IT IS HEREBY ORDERED that Lincoln shall file its responsive pleading no later than February 6, 2024.

DATED: January 10th, 2024.

_Kymberly K Evanson_
Kymberly K. Evanson
United States District Judge

ORDER GRANTING STIPULATED MOTION
FOR EXTENSION OF TIME - 1
Case No. 2:23-cv-01973-KKE

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7052 | Fax: 206-693-7058

1    Presented By:

2    OGLETREE, DEAKINS, NASH, SMOAK
3    & STEWART, P.C.

4    By: */s/ Russell S. Buhite*
         Russell S. Buhite, WSBA # 41257
5        1201 Third Avenue, Suite 5150
         Seattle, WA  98101
6        Telephone:  (206) 693-7052
         Facsimile:  (206) 693-7058
7        Email:  russell.buhite@ogletree.com

8    *Attorneys for Defendant The Lincoln National*
     *Life Insurance Company*
9

10

11   Approved as to Form; Presentation Waived:

12   AARON ENGLE LAW PLLC

13   By: */s/ Aaron I. Engle*
         Aaron I. Engle, WSBA #37955
14       100 2nd Avenue South, Suite 210
         Edmonds, WA  98020
15       Telephone:  (206) 623-7520
         Facsimile: (206) 622-7068
16       Email:    aaron@aaronenglelaw.com
17
     *Attorneys for Plaintiff Kevin Turner*
18

19

20

21

22

23

24

25

26