Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

KEVIN TURNER,

          Plaintiff,

    vs.

THE LINCOLN NATIONAL LIFE
INSURANCE COMPANY, a foreign
corporation,

          Defendant.

Case No.:  2:23-CV-01973 KKE

ORDER OF DISMISSAL

BASED ON THE STIPULATION OF THE PARTIES, that the claims against the Defendant by the Plaintiff were settled, it is hereby

ORDERED that the above-captioned matter is dismissed with prejudice, the parties to bear their own costs and attorneys' fees.

Dated this 21st day of March, 2024.

_____
Kymberly K. Evanson
United States District Judge

ORDER OF DISMISSAL – 1